ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA,                      :

    - v -                                       :   NOTICE OF INTENT TO
                                                              FILE AN INFORMATION
RICHARD LORD,                                  :
 a/k/a "Reek,"
 a/k/a "Reef,"                                 :

           Defendant.                    :    07 CRIM. 554

- - - - - - - - - - - - - - - - -x

       Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
        June 14, 2007

                                       MICHAEL J. GARCIA
                                       United States Attorney

                         By: _____
                            Jillian B. Berman
                            Assistant United States Attorney

                         AGREED AND CONSENTED TO:

                       By: _____
                            Edward D. Wilford
                            Attorney for Richard Lord

6/14/07 WHEEL A