Judge Pauley

UNITED STATES DISTRICT COURT
SOURTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :

       - v. -                    :    **INFORMATION**

RICHARD LORD,                     :    07 Cr.
 a/k/a "Reek,"
 a/k/a "Reef,"                    :

       Defendant.                 :    07 CRIM. 554

- - - - - - - - - - - - - - - - x

USDC SDNY
DOC #:
DATE FILED:

## COUNT ONE

The United States Attorney charges:

1.    On or about March 21, 2007, in the Southern District of New York, RICHARD LORD, a/k/a "Reek," a/k/a "Reef," the defendant, unlawfully, intentionally, and knowingly, did distribute and possess with intent to distribute a controlled substance, to wit, mixtures and substances containing a detectable amount of cocaine.

(Title 21, United States Code, Sections
812, 841(a)(1) and 841(b)(1)(C).)

### FORFEITURE ALLEGATION

2.    As a result of committing the controlled substance offense alleged in Count One of this Information, RICHARD LORD, a/k/a "Reek," a/k/a "Reef," the defendant, shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any and all property constituting or derived from any proceeds the said defendant obtained directly or indirectly as a result of the said violation

and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in Count One of this Information.

<u>Substitute Asset Provision</u>

3. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant --

    (1) cannot be located upon the exercise of due diligence;

    (2) has been transferred or sold to, or deposited with, a third person;

    (3) has been placed beyond the jurisdiction of the Court;

    (4) has been substantially diminished in value; or

    (5) has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

(Title 21, United States Code, Sections 841 and 853.)

                                              _____
                                              MICHAEL J. GARCIA
                                              United States Attorney

6/18/07 - Deft. pres. with attorney: Edward Wilford, Esq.; AUSA, Jillian Berman. Deft. Fld. Waiver of Indictment/Information and entered a plea of not guilty. On consent, time is excluded from June 18 to July 2 for purposes of the Speedy Trial Act. Bail cont'd as previously set.

S/Eaton, J. U.S.M.J.