*Judge Pauley*

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
UNITED STATES OF AMERICA         :
                                 :
         - v. -                  :
                                 :    07 Cr. ____
RICHARD LORD,                    :
   a/k/a "Reek,"                 :
   a/k/a "Reef,"                 :
                                 :
         Defendant.              :
                                 :
- - - - - - - - - - - - - - - - x
```

**07 CRIM. 554**

    The above-named defendant, who is accused of violating Title 21, United States Code, Sections 812, 841(a)(1) and 841(b)(1)(C), being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

*Richard Lord*
Defendant

*Helen Lewis*
Witness

*Edward D. Wilford*
Counsel for Defendant

Date:    New York, New York
         June 18, 2007

*[ELECTRONICALLY FILED stamp: JUN 18 2007]*