# EDWARD D. WILFORD

Attorney at Law
**20 Vesey Street - Suite 400**
**New York, New York 10007**
**(212) 528-2741 Fax (212) 964-2926**

September 20, 2007

**VIA FACSIMILE**
Hon. William H. Pauley
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Richard Lord*
             07 Cr. 554 (WHP)

Dear Judge Pauley:

    I am writing to the court to request an adjournment of the sentence in the above referenced matter. The sentence is currently scheduled for September 28, 2007, however I am currently on trial before the Hon. Loretta A. Preska in the Southern District of New York in the matter of *United States v. David Gonzalez,* et al, and I expect the trial to last until October 1, 2007. Because of the tremendous legal issues involved in the trial I have been unable to meet with Mr. Lord and review the PSR and prepare a sentencing memorandum on his behalf.

    Therefore it is respectfully requested that the court adjourn Mr. Lord's sentencing until October 15, 2007. The defendant will submit a sentencing memorandum by October 5, 2007 and be prepared for sentencing on that date.

    Should the court have any questions or require additional information please do not hesitate to contact me.

                                Yours etc.,

                                *Edward D. Wilford*

                                Edward D. Wilford

EDW/nes
cc:    Jillian Berman, Esq.
       Mr. Richard Lord