


# YOLANDA LORD

9 Wentworth Court
Hamburg, N.J. 07419
973-827-4476

September 27, 2007

To whom it may concern,

As the wife of Richard Lord, I am writing this letter to give you a better understanding of him and how this situation has effected him and my family. I am not writing this letter to sway you from punishing him for the crime that he has committed. I am asking you not to judge him as if he is a hardened repeat criminal.

He is aware that what he has done not only was stupid but selfish. His decision has not only created a void in our household but also in our community. He is now aware that he should have made a conscious decision prior to his actions. He has expressed to me that he is sorry for what he has done and if he could have made better choices he would have. He expresses that he will make better choices going forward in his life.

His children adore him, they have also helped him to see that his actions were selfish. His daughter told him that "she could not believe she had a father that was going to jail". She expressed how embarrassing it was and told him that his behavior not only ruined her family but ruins families and communities. I don't think he quite looked at it from that perspective. He then expressed to me that no amount of money in the world is more valuable then the respect of his daughter.

Overall, Mr. Lord is a gentleman a loving husband, father and friend. He is the anchor to our ship. He supports his family by making up for the time and patience that I can not provide at times because I commute two hours a day to work. So he is responsible for taking my putting my daughter on and off the bus and taking her to her after school activities. He is reliable and thoughtful to everyone that he meets and anyone that meets him for the first time will be drawn to his genuine kindness.

Though incarceration is imposed to change the behavior of people who commit crimes against society. I feel that not everyone should be incarcerated. Some of these criminals who lose their way don't take the time to see how their behavior effects the households of other families. Being behind bars teaches them that they did something wrong was caught and now have to be punished. That they should not do it again because if they do and get caught the punishment will be more severe. I feel that people who commit these type of crimes (depending on the severity of the crime) should be made to spend their sentences working with people who have fallen to drug addiction and with their families. This way they can see the first hand effects. This may help them reverse the social economic problems that