they create.

Sincerely,

*Yolanda Lord*