To whom it may concern                                Sept. 26, 2007

It is my understanding that Richard Lord has to turn himself over to your authority on Sept. 28, 2007, it is for this reason I write this letter.

He has committed a crime for which I know he is remorseful about. We have discussed this at length on several occasions and he has expressed these feelings to me.

He has a stable and supportive family and home environment that will miss him greatly during his absence.

I am asking that these things be taken into consideration when dealing with this matter

Thanking you in advance

*Linda Lord*
Linda Lord