September 26, 2007

Letter of Character Reference for Mr. Richard Lord:

I, Andrea Polk, am writing this letter on behalf of Mr. Richard Lord. For approximately seven years, Mr. Lord has been a dear friend of mine. Throughout those years, I've regarded him as a source of strength and guidance to all that know him. He is a loyal, warm-hearted, and dedicated family man that puts the needs of others often before his own. His love for his family and friends is exemplified through thoughtful gestures and unyielding support. He's always lending a helping hand. No favor is too big or too small, including: a ride to the airport, helping a friend to move, painting, babysitting, cooking, offering a ride, lending a car, and much more; he's always there when you need him. He has performed almost all of these favors for me. He is the most responsible, dependable and generous person that I am proud to know and call a "friend." Actually the title "friend" doesn't fully encompass the difference that he's made in my life because he treats "friends" as "family."

Richard will be sorely missed while he is away. He means so much to so many people. He is needed by so many, especially his young daughter. She is very much a "daddy's girl" and will be deeply affected by his absence. He is a very "hands-on" dad that enjoys cooking meals for the family and helping his daughter with her homework. Just because someone is found guilty of a crime, does not mean that they are a bad person. Sometimes good people get caught up in bad things. Richard is one of those good people. It's unfortunate that he must pay his debt to society behind bars, when he could make more of a positive difference outside of prison.

Sincerely,

Andrea Polk