# EDWARD D. WILFORD

Attorney at Law
**20 Vesey Street - Suite 400**
**New York, New York 10007**
**(212) 528-2741 Fax (212) 964-2926**

October 15, 2007

**VIA FACSIMILE**
Hon. William H. Pauley
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

    Re:    ***United States v. Richard Lord***
              07 Cr. 554 (WHP)

Dear Judge Pauley:

    I am writing to the court to request an adjournment of the sentence in the above referenced matter. The sentence is currently scheduled for October 26, 2007, at 4:30 p.m., however I was reminded by my wife that we have a family trip planned for that weekend and planned to leave at 12:00 noon.

    Therefore it is respectfully requested that the court adjourn Mr. Lord's sentencing until November 2, 2007.

    I have spoken with counsel for the government and that date is agreeable to the government.

    Should the court have any questions or require additional information please do not hesitate to contact me.

                                                          Yours etc.,

                                                           *Edward D. Wilford*

                                                           Edward D. Wilford

EDW/nes
cc:    Jillian Berman, Esq.
        Mr. Richard Lord