# EDWARD D. WILFORD

Attorney at Law
**20 Vesey Street - Suite 400**
**New York, New York 10007**
**(212) 528-2741 Fax (212) 964-2926**

October 30, 2007

**VIA FACSIMILE & ELECTRONIC FILING**
Hon. William H. Pauley
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Richard Lord*
            07 Cr. 554 (WHP)

Dear Judge Pauley:

    I am writing to the court to request that the court consider the attached letters which were recently provided to counsel, in determining the appropriate and reasonable sentence for Mr. Lord.

    Should the court have any questions or require additional information please do not hesitate to contact me.

                                                    Yours etc.,

                                                    *Edward D. Wilford*

                                                    Edward D. Wilford

EDW/nes
cc:    Jillian Berman, Esq.
       Mr. Richard Lord