To whom this may concern:

      I met Richard Lord eleven years ago through a friend and from our first meeting I knew that our friendship would out live that day. They say that people are put in our life for a reason or for a season. I was fortunate that through each season I had a reason for being thankful that I had known Richard. He has been that big brother that I never had. He always made sure that I stayed positive and being supportive through hard times. No matter what I asked him to do even tasks most people would find beneath them he was always there. He even showed up before me or made sure  followed through. I am currently the Regional Director of Storage Post in the Bronx Region.

      I have spoke with Richard regarding the crime that he has committed. He has humbly expressed his embarrassment about the situation. Due to everyone depending on him he felt awkward having to depend on others during his hard times. I can see in his eyes and knowing the type of heart he has that he knows that what he has done was wrong. Mr. Lord is the type of man where whatever he puts his mind to he is skillful at and is thoughtful great person. If Mr. Lord isn't incarcerated he has a postion waiting for him, as well as supportive friends.

*Thank You*

Roland Flournoy

To whom this may concern:

      My name is Winter Lord. I am the 11 year old daughter of Richard Lord. I am not sure about this situation all that I have been informed is that my father Richard Lord may have to leave my brother my mother and me. My father puts one hundred percent into what he does. Ever since I can remember my father has always been there when I wake up. Every morning I wake up to a well cooked meal. It would be a drastic change wakening up and knowing that my father is not in the kitchen cooking a meal for me. While I was growing up my father and I did a lot of things together like Helping me study for test, eating at restaurants, swimming, homework and many more actives. We have a very close relationship and without my father in my life, is it like having a piece of my heart gone.

    When most people men shin my fathers name only good things come out of there mouths. My father has done many favors for other people without asking for anything back. My father is one of those people that you can call for anything and he will do his best to help. My father has put his things to the side to make other people happy. Not just me and my family will miss my father truly. Many of the people that he has helped in the past may too.

    Like I said before I am not to sure about this situation but, I hope this letter will let you how kind, caring, sweet, honest, warm hearted person that he is.

    Your truly,

*Winter Lord*

To whom this may concern:

       I am writing this letter to inform the courts how deeply remorseful I am about the crime that I have committed. I am sorry that I put my family and friends through this I know that my behavior has done my community a disservice and I would like to apologize for my selfish actions. Thank you for taking the time out to read my letter.

Sincerely yours,

*Richard Ford*